HANNAH LOWRY, DEFENDANT IN ERROR, v. PETER TIVY, PLAINTIFF IN ERROR.

Submitted December 5, 1904—Decided March 6, 1905.

On error to the Supreme Court.

For the plaintiff in error, *William S. Stuhr.*

For the defendant in error, *Leon Abbett.*

PER CURIAM.

The judgment of the Supreme Court, reversing the judgment of the Circuit Court, is affirmed for the reasons given in the opinion of Mr. Justice Swayze (41 *Vroom* 457) in that court.

*For affirmance*—THE CHANCELLOR, GARRISON, FORT, GARRETSON, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 10.

*For reversal*—None.